IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Caine PELZER, sui juris,
  Plaintiff,

vs.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, SECRETARY JOHN WETZEL, SUPT. Louis FOLINO, SCI-GREENE Security Threat Group Management Unit (STGMU), SUPT. D. OVERMEYER, SCI-FOREST (STGMU), SUPT. Michael CLARK SCI-ALBION, et al.
  Defendants.,

No. 20-CV-325E

FILED
NOV 17 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Supplemental Jurisdiction Evoked                Jury Trial Demanded

### NOTICE TO DEFEND CIVIL ACTION

YOU HAVE BEEN SUED IN COURT. if you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

PENNSYLVANIA LAWYER REFERRAL

PENNSYLVANIA BAR ASSOCIATION SERVICE

100 SOUTH STREET P.O. BOX 186

HARRISBURG, PENNSYLVANIA. 17108

1-(800)-692-7375