IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAINE PELZER | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | Docket No. 1:20-cv-325E |
| SECRETARY JOHN WETZEL, FORMER | ) | |
| SECRETARY JEFFREY BEARD and | ) | |
| TADD BICKELL | ) | |
| *Defendants*. | ) | **JURY TRIAL DEMANDED** |

**NOTICE OF NO OPPOSITION TO MOTION TO INTRODUCE
EVIDENCE OF CRIMINAL RECORD OR PRIOR MISCONDUCTS**

Plaintiff Caine Pelzer, by his attorneys at the Mizner Law Firm, files this Notice to the Court indicating his lack of objection to Defendants desire to introduce evidence of his prior criminal record, and misconducts while in the custody of the Department of Corrections.

Respectfully submitted,

MIZNER LAW FIRM

By: /s/ John F. Mizner

John F. Mizner
PA Bar No. 53323
jfm@miznerfirm.com

Joseph P. Caulfield
PA bar No. 322823
jpc@miznerfirm.com

311 West Sixth Street
Erie, Pennsylvania 16507
814.454.3889

*Attorneys for the Plaintiff*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAINE PELZER | ) | |
|    *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | Docket No. 1:20-cv-325E |
| SECRETARY JOHN WETZEL, FORMER | ) | |
| SECRETARY JEFFREY BEARD and | ) | |
| TADD BICKELL | ) | |
|    *Defendants*. | ) | **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2024, the foregoing Notice to the Court was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties who have appeared of record by operation of the Courts ECF system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure. Those parties may access this filing through the courts ECF system.

                                                     /s/ John F. Mizner