IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| CAINE PELZER, | ) | |
| Plaintiff | ) ) ) | 1:20-CV-00325-RAL |
| vs. | ) ) ) | RICHARD A. LANZILLO |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al, | ) ) ) | Chief United States Magistrate Judge |
| Defendants | ) ) ) ) ) ) | ORDER ON THE PARTIES' MOTIONS IN LIMINE CONCERNING ADMINISTRATIVE EXHAUSTION  ECF NOS. 81, 78 |

**ORDER**

Two related motions *in limine* are before the Court: Defendants' Motion to Exclude Evidence and Testimony of Unexhausted Claims (ECF No. 81), and Plaintiff's Motion to Exclude Evidence Related to Administrative Remedies (ECF No. 78). For the reasons discussed in the accompanying Memorandum Opinion, Plaintiff's motion is GRANTED and DEFENDANTS' motion is DENIED. No evidence or argument regarding Defendants' affirmative defense of failure to exhaust administrative remedies shall be offered or admitted at trial.

DATED this 28th day of February, 2024.

BY THE COURT:

*/s/ Richard A. Lanzillo*
RICHARD A. LANZILLO
CHIEF UNITED STATES MAGISTRATE JUDGE