IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

CAINE PELZER,                                         )
                                                      )
        Plaintiff                             )     CASE NO.  1:20-cv-325
                                                      )
    vs.                                           )
                                                      )
                                                      )     RICHARD A. LANZILLO
SECRETARY JOHN WETZEL, TABB                           )     Chief United States Magistrate Judge
BICKELL,                                              )
                                                      )
        Defendants                            )     ORDER


The Court has been advised this day by counsel for all parties that a settlement has been

reached and the only matter remaining to be completed is the submission of a stipulation for

dismissal under Fed.R.Civ.P. 41(a).  It is therefore ORDERED that this case be Administratively

Closed.  Nothing contained in this Order shall be considered a dismissal or disposition of this

matter, and Chief Magistrate Judge Richard A. Lanzillo will retain jurisdiction should further

proceedings regarding settlement become necessary.  Further, if a stipulation of dismissal has not

been filed by Friday, May 3, 2024, the parties are ORDERED to file a status report with the

Court.

DATED this 4th day of March, 2024.

BY THE COURT:

RICHARD A. LANZILLO
CHIEF UNITED STATES MAGISTRATE JUDGE